IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JONHA BELL                                                                                                    PLAINTIFF

v.                                        Case No. 2:12-CV-02140

OFFICER COWETT, Mulberry Police Department;
LIEUTENANT SHAWN TAYLOR, Mulberry
Police Department; CHIEF JOSHUA CRAIG,
Mulberry Police Department                                                                      DEFENDANTS

**O R D E R**

       The Court has received proposed findings and recommendations (Doc. 17) from Chief United States Magistrate Judge James R. Marschewski.  There have been no objections and the time period for filing objections has passed.

       After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

       IT IS SO ORDERED this 25th day of March, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE