IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JONHA BELL                                                                                          PLAINTIFF

v.                                      Case No. 2:12-CV-02140

OFFICER COWETT, Mulberry Police Department;
LIEUTENANT SHAWN TAYLOR, Mulberry
Police Department; CHIEF JOSHUA CRAIG,
Mulberry Police Department                                                                DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Defendants' Motions to Dismiss (Docs. 9, 11, and 13) are GRANTED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

No costs are assessed.

IT IS SO ADJUDGED this 25th day of March, 2013.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE